JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA NAVARRETE and JOSE CASTANEDA,<br><br>    Plaintiffs,<br><br>    v.<br><br>JESSIE ARANA, CHRIS STEVENS, and MICHELLE KING<br><br>    Defendants. | No.    CV 16-1230 PA (AFMx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's June 6, 2016 Minute Order dismissing the First Amended Complaint filed by plaintiffs Marcella Navarrete and Jose Castaneda (collectively "Plaintiffs") without leave to amend and dismissing the action with prejudice;

It is therefore now ORDERED, ADJUDGED, and DECREED that defendants Jessie Arana, Chris Stevens, and Michelle King (collectively "Defendants") shall have judgment in their favor against Plaintiffs.

It is further ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

//

//

1       It is further ORDERED, ADJUDGED, and DECREED that Plaintiffs take nothing
2 and that Defendants shall have their costs of suit.

4   DATED: June 2, 2016

                                                    Percy Anderson
                                          United States District Judge