Rob Hennig (State Bar No. 174646)
ROB@EMPLOYMENTATTORNEYLA.COM
Samuel Marion Brown (State Bar No. 308558)
SAM@EMPLOYMENTATTORNEYLA.COM
Hennig Ruiz P.C.
1925 Century Park East, Suite 1960
Los Angeles, CA 90067
Phone: (310) 843-0020
Fax: (310) 843-9150

Attorneys for Plaintiffs MARCELLA NAVARRETE
and JOSE CASTANEDA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLA NAVARRETE, an individual, JOSE CASTANEDA; an individual;<br><br>Plaintiff,<br><br>vs.<br><br>JESSIE ARANA, an individual named in his personal capacity; CHRIS STEVENS, an individual named in his personal capacity; and MICHELLE KING; in her official capacity as Superintendent of Los Angeles Unified School District<br><br>Defendants. | **CASE NO.: 2:16-cv-01230 PA (AFMx)**<br>*District Judge*:<br>Hon. Percy Anderson - Courtroom 15<br>*Magistrate Judge*:<br>Hon. Alexander F MacKinnon<br>Courtroom: H - 9th Floor<br><br>**NOTICE OF APPEAL** |

Hennig Ruiz P.C.

-1-

NOTICE OF APPEAL

Notice if hereby given that Plaintiffs Marcella Navarrete and Jose Castaneda hereby appeal in the above-named case to the United States Court of Appeals for the Ninth Circuit from (1) the judgment for Defendants (entered June 2, 2016), and (2) the order granting Defendants' motion to dismiss (entered June 1, 2016).

Dated: June 9, 2016       HENNIG RUIZ P.C.

/ s /
_____
Rob Hennig
Samuel Marion Brown
Attorneys for Plaintiffs Marcella Navarrete, and, Jose Castaneda